FILED

JAN 1 2 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, | § | CASE NO. _6 26cv14 - KNM_ |
| | § | |
| Plaintiff, | | JUDGE: _____ |
| vs | § | |
| | | |
| SARAH J. FIELDS AND DOES 1-99, | § | |
| | | |
| Defendants. | | |
| | § | |

### SWORN AND VERIFIED COMPLAINT

COMES NOW CHRISTOPHER KING, J.D., as Plaintiff, to posit this Cause before the Court in the interests of Journalistic Integrity and for Damages caused by Defendants' malicious misstatements of fact.

### PARTIES

1.    Plaintiff resides in Skagit County, Washington, and believes that Defendant's actions complained of originated from Defendant's home County of Smith, in this Federal District.  Plaintiff basis his belief on the fact that Defendant has initiated other legal action from Smith County.

2.    Defendant Fields resided in Smith County at all times relevant to this Action.

3.    Defendant Does reside in locations unknown to Plaintiff as of this writing.

**JURISDICTION AND VENUE**

4.      There is complete Diversity between the Parties. The Damages exceed $76,000 and the Court has Jurisdiction pursuant to 18 USC §1332.

**FIRST BRANCH**

Defamation.      As noted by her own words, Defendant Fields has an extremely large following. Defendants' actions, most particularly those of Defendant Fields in uttering repeated false and Defamatory statements, have foreseeably caused Plaintiff damage to his reputation, and to his mental and emotional sanctity.  The actions complained of herein were committed with Actual Malice, told to millions of her followers, and have foreseeably resulted in demonstrable injuries to Plaintiff including, but not limited to mental and emotional damages, loss of reputation as a Journalist and more, for which recompense shall be sought by and through a Jury of appropriate size and composition.

**FACTS**

5.      Plaintiff has practiced print and video Journalism for the past four (4) decades. He graduated in 1989 in Communications with print Journalism and Rhetoric emphasis. He edited the Cincinnati Edition of the Ohio Call & Post newspaper was a daily reporter for the Indianapolis Star prior to law school, where he focused on First Amendment and Constitutional matters at Case Western Reserve, studying under William Marshall, who became White House First Amendment Counsel. Since that time, he has run video of his own successful First Amendment Jury Trial cases in the 1990's.

He has produced hundreds of Courtroom videos on matters including Defamation, Murder, the knifing assault case of Jason Vassell in Massachusetts, and other Civil Rights issues. He has shot Courtroom video in at least five (5) different states and was selected by the New England News and Press Association (NENPA) as a featured speaker on the subject of Journalistic standards in the Internet era in 2012. He has awards for First Amendment Advocacy and has worked with government officials to change restrictive Speech Covenants in Nashua, NH (Appendix A).

6.     *Not once in thirty-seven (37) years* has Plaintiff ever had to issue a material retraction to anything he has published in text or in hundreds of videos at his YouTube page: https://www.youtube.com/@KingCast65

7.     Plaintiff has never been credibly accused of "doxxing" anyone.

8.     Plaintiff King entered the fray on TikTok, a popular social media platform for political discussion. Within days of opening his TikTok account, and prior to any exchanges with Defendants, Plaintiff conspicuously noted on his profile ***"Returning to Practice in 2026."***

9.     The ongoing murder trial involving Karmelo Anthony was the impetus for Plaintiff joining the platform, as he, frankly, did not find the States position to be plausible based on what he had been reading.

10.    Defendant Fields resolutely believes that the state can do no wrong, and she and her friends such as disgraced Collin County Court Clerk Melanie Staher hope that Plaintiff any people in his immediate circle will "Go to Prison" or "Be Jailed."

11.     Defendant has spent substantial time reviewing just about each and every post that Plaintiff has made on TikTok, and has undoubtedly seen Plaintiff's profile page. The relevance of this fact will soon become apparent.

12.     Plaintiff has prevailed and settled two Defamation cases as a Plaintiff, one of which can only discussed by way of Subpoena with an attendant Protective Order.

13.     The other one is *King v. American Tower Corporation* 02-11912JLT (2002), in which, just like this case, he was falsely labeled as "Dangerous."

**14.**     Plaintiff's appeal spans ideological chasms. For example, he was a Keynote Speaker at a Washington Tea Party Conference, and has worked with Tim Eyeman, a known staunch MAGA/Republican/Conservative person.

https://www.youtube.com/watch?v=zltbRvhfqZI&t
**Tea Party Open Govt Training Day Exposes Bad Judge Robert B Young**

15.     Plaintiff, after his radio show, secured reluctant Counsel for Joanna Marinova in *Marinova v. Boston Herald*, in which he ran Courtroom video over the Course of five (5) years as she secured a $570,000 Jury Verdict.

https://www.youtube.com/@KingCast65/search?query=Marinova
https://www.youtube.com/watch?v=ZlaHj9QN9yc&t
**Defamation and CORI violations for Boston Herald & Jessica Van Sack?**
Christopher King 857 views16 years ago

16.     Plaintiff and other Journalists are not aware that any Defendant Doe has undertaken any actual professional media training, education or practice.

17.     On information and belief, Defendant Fields does not have any formal media training, education or practice.

4

18.     Defendant Fields has been identified online by Current Revolt in November, 2024

of Publishing Fake News:

https://www.currentrevolt.com/p/texas-blogger-sarah-fields-admits

Texas Blogger Sarah Fields Admits to Publishing Fake News
*Botched reporting on a recent story generates hate against Texas woman.*

19.     Defendant is directly implicated in doxxing at least three (3) individuals:

a) Tayla Smith.

b) Jordan Bowen.

c) Drew Anthony, both at home and at his place of employment. (Appendix B). In the

home instance the family received so many threats that they were compelled to move. In

the work application, I am informed that individuals from the Church attended by Jeff

Metcalf conspired to test drive vehicles, prepare ostensibly real applications, then abandon

them because finance Director Drew Anthony was the father of a "murderer." Mr. Anthony

was compelled to resign his position.[1]

20.     She broke the rules on the X Platform and was *permanently suspended*. (App. G).

21.     Defendant Fields has a direct connection to disgraced Collin County Court Clerk

Melanie Stahler, who by her own admission, was put on administrative leave without pay

and separated from her employment for dipping into a file believed to be the file of *State v.*

*Karmelo Anthony*, Collin Cty. 296-83565-2025 (App C).

22.     Next, forensic science will reveal that Defendant Fields published the True Bill of

the Anthony Indictment on June 26, *the day before she even requested it.* Plaintiff shall

inquire at her Deposition as to how she was able to do this. (Appendix D).

23.    Curiously, she also knew that the Indictment was coming down "next week."

24.    Grand Jury proceedings are of course sacrosanct. There is no viable explanation for Defendant's clairvoyance except for a breach of the Grand Jury secrecy.

25.    Defendant Fields is fond of bragging about her close ties to people in power, including Texas AG Ken Paxton, as noted in the Appendices she directly implies that she has him wrapped around her finger and that she is immune from any sanction.

26.    Moreover, Defendant Fields used an attacking style with Drew Anthony to force him to disassociate from self-styled family advocate Dominique Alexander in a *quid pro quo* fashion, and she did this with the specific intent to reduce Criminal Defense funds for a person who was at the time still a Minor.

> Stephanie Ward:
> I think everyone is done with them. If they get any donations.. it will be very little to none.
>
> Defendant Fields:
>
> ***Let's hope so. My reporting on Dominique Alexander has reached millions on the X platform. I believe and hope that it has slowed down the donations considerably***. (emphasis added)(Appendix E).

27.    This vituperative tone informs Defendant Fields' actions towards Plaintiff as being grounded in outright animus, such is Defendant Fields' posture towards anyone who dares to encourage a fair trial and access to the Judicial system granted by State and Federal Constitutions.

---

[1] Additionally, as noted in Plaintiff's Emotional Distress Claims, Defendant has doubled down and continues to threaten doxxing to others as of yesterday's date, January 7, 2026.

**DEFAMATORY STATEMENTS**

28.     Defendant Fields has repeatedly taken to the airwaves to issue false commentary

on Plaintiff, including the Notion that he and others engaged in "harassing" behavior to

the sitting Judge on the Anthony case, causing him to resign prematurely (Appendix F).

29.     Despite King having shown online clips of him winning Jury Trials, fields stated that

Plaintiff *"is not an Attorney."*

30.     This is news to Plaintiff.  The problem for Defendant is trifold:

   a) Plaintiff King never harassed Judge Roach or any other Judge for that matter.

   b) The entire premise was false and sloppy, as Judge Roach has *not* resigned. Fields
   did not produce any verifiable trail of support indicating any Journalistic Due
   Diligence whatsoever (Appendix F).

   c) Plaintiff King has been an Attorney since 1993, and he will indeed be an Attorney
   until the day he leaves this Earth. Defendant Fields' statements were made with full
   knowledge of their falsity and with Actual Malice that she manifests towards anyone
   who believes that Karmelo Anthony is innocent.

31.     If Fields' accusation of harassment that she cultivated with Does 1-99 had been

Taken as true, Plaintiff King would most assuredly not be able to re-enter the Bar, as he

has clearly stated that he is doing in 2026, in large part buoyed by the things he has seen

in this case, and his association with other Attorneys he works with as a research clerk

who have encouraged him to return to practice.

32.     This brings us to Defendant Fields' public Defamatory and otherwise hateful

comments that indicate her statement to be completely Reckless and issued with Actual

Malice as a matter of Law:

Dec 29th

At - 1:40  Sarah called KingCast sassy. "KingCast is Sassy and claims he's an attorney. He is not an attorney."[2]

After that she just kept on going making it about herself saying kingcast is not a journalist and made panelists read court documents about KingCast.

At - 34:40 Sarah stating "It is always about race with KingCast."

In point of fact, Defendant has access to an entire body of work by Plaintiff that distinctly shows otherwise, including his work with the Tea Party as Keynote Speaker, for starters.

Dec 30th.

At - 17:01  Sarah speaking of king cast "You are not an attorney, you are a crappy attorney" and a crappy journalist"

At - 1:04:45  Sarah stating that "People surrounding themselves around Tiffney are dangerous people."


33.   The claims of Plaintiff not being an Attorney and being "dangerous" as a known associate of Tiffney Billions are both patently false and were issued with outright malice and were calculated to bring scorn and ridicule from Defendant Fields' viewer base, which "reaches millions on the X Platform" as Defendant noted in Appendix D, as she directed attacks on fundraising for a Minor facing a First-Degree Murder Charge.

---

[2] To be clear, Plaintiff sustained a one-year suspension some twenty (20) years ago. He is paying his fines and has several accomplished National Attorneys writing support letters on his behalf. Even had Plaintiff been Indefinitely suspended or disbarred --- which is is not -- he would still be "An Attorney." No one, particularly Sarah Fields, is going to denigrate Plaintiff in this manner or lessen his achievements. This is clear but example of feckless and/or mean-spirited "Journalism" practiced by Defendant Fields.

34.    This type of willful misconduct by Fields is reminiscent of the types of manipulative behaviors that Defendant Fields highlighted in a rather lengthy public Facebook page, detailing her years of drug abuse and manipulation and theft as her life slid into a black abyss involving CPS, at least one abandoned child and sexual abuse of at least one child for years. Plaintiff will err on the side of gentility and not produce the post, but he has all of it.

35.    In point of fact, there is not one scintilla of evidence anywhere in Plaintiff King's history that substantiates the notion that he is "dangerous," and he has now twice successfully sued angry nasty white people who made these bogus assertions against his character. He will do it each and every time it happens because they need to learn a lesson.

36.    In fact, ironically, if any one is "dangerous" it would be Field's ex boyfriend, a dirty cop who is doing time on two molestation accounts against her children, during a time at which Fields herself abandoned those children, according to Court documents stipulated to by Fields and her Attorney (Appendix C).

37.    Conversely, Plaintiff, at sixty (60) years of age, *has not one single criminal item on his entire background*, a fact that any professional Journalist could discover with one phone call to a registered PI and a couple hundred dollars. Plaintiff is aware of this because his PI, Adam Winquist, runs these reports for him on regular occasion. The Winquist family worked on the Amanda Knox case.[3]

https://winquistinvestigations.com/

---

[3] Adam Winquist hung a shingle himself approximately four (4) years ago.

https://www.linkedin.com/in/adam-winquist-03664474/

38.  Not to be outdone, she then references Plaintiff and others as "thugs" and states that Judge Roach – who has faced Ethics Sanctions for engaging in for-profit business with his Wife (who, based on information and belief was Jeff Metcalf's Divorce Attorney) "is fair and will not be intimidated by thugs." So now Plaintiff is not even an Attorney, he's a mere "thug." (Appendix F).

39.  Fields has also referred to Plaintiff as a "Targeting Activist" rather than a Journalist. Plaintiff submits that he is reporting on the actions of a "Targeting Activist" himself, and that much is obvious from the Record (Appendix C).

40.     Defendant Fields joined three podcasters of unknown Journalistic backgrounds to decry the Petition for Transparency authored by Plaintiff. During the show, Fields and her cohorts panned the Petition and ridiculed Plaintiff, *but never engaged in any actual analysis of it.* This was done with Yellow Journalist intention, to discredit Plaintiff as a Journalist:

https://www.youtube.com/watch?v=yLP_oX3lT2s&lc=UgzpEufuC4_kTjCnfvF4AaABAg.ARaJH yyU-eSARaxPe1RXfn

**Investigating the Strange Death of Investigative Journalism || APOSTATE RADIO 039 (w/Sarah Fields)**

41.     None of these podcasters are interested in establishing even a hint of fair reporting, as evidenced as one of them lives in New England, near Plaintiff's family, *in the same exact neighborhood* to be precise:  Plaintiff reached out to said podcaster and told him that he would personally fly out there from his home in Western Washington to visit his family and buy the podcaster lunch and discuss the case, but the podcaster ignored him. This is because the Master Plan all along was to provide damage control for Defendant Fields.

42.   Moreover, Plaintiff, on information and belief, knows that Fields and her minions are actively attempting to make Change.Org remove the Petition from its pages, behavior consistent with all of Defendants' actions.

https://www.change.org/p/transparency-on-karemlo-anthony-demanded-from-usag-da-candidates/dashboard/home?source_location=user_profile_started

43.   Perhaps unbeknownst to Plaintiff (who takes the Victim as she finds him) Defendant has been previously accused of dangerous and violent activity for no lawful reason, including but not limited to the aforementioned Defamation lawsuits where white people lied and said he "was dangerous" and had "issued death threats."

35.   In the "Dangerous" case, the American Tower situation, Plaintiff was indeed lobbying for the rights of his largely white trainees to receive better working conditions and overtime pay, a position vindicated by a $290,000 fine by the U.S. Department of Wage and Labor because of Plaintiff's whistleblowing. (Appendix H). Apparently it is "dangerous" for an intelligent black man in America to do these things. Plaintiff did not receive that memo, and if he did, he threw it in the trash where it belongs, right next to Defendant Fields' "reporting."

44.   There was another time not involving Defamation but a similar theme was involved when his last dog was killed in a negligent kennel, where the white female kennel owner lied and said Plaintiff and his Partner had not paid her (irrelevant to Bailment theory anyway), and that he was "stalking" her: This was a complete lie and the TRO was summarily REVERSED after Plaintiff appeared in Court. Plaintiff and Washington Animal Lawyer Adam Karp then secured one of the highest Settlements in Washington history for a domestic dog. **KOMO News Mountlake Terrace Dog Mauling Follow Up Payment for Services**

https://www.youtube.com/watch?v=jMalNjxnz1Y&t

45. Plaintiff – again holding zero criminal record whatsoever in 60 years on this Planet – remains deeply hurt by repeated attempts of white people like Plaintiff trying to criminalize an intelligent, hard-working black man who has a differing, and typically legal viewpoint.

46. Plaintiff is a high-end wireless consultant dealing daily with FCC regulatory matters and land contracts involving Law Enforcement and municipalities. *He simply cannot afford for anyone to catch wind of him being a lawless individual, which he is NOT*. As a result of these actions implying outright criminality and otherwise defamatory statements, Plaintiff is concerned that has lost sleep, experienced flashbacks, has headaches and difficulty concentrating because of the stress, and has sought emotional counseling and will be in such Counseling until this latest wound from white racism has healed. This will take some time, owing to a physical manifestation resulting from this abuse as will be discussed in Discovery.

47. It is noteworthy that numerous conversations were had online by way of warnings that this case was coming: Defendant can be heard ruminating about the matter in her online discussions on multiple occasions.

48. Moreover, Counsel for Defendant was told of it, and responded by telling Plaintiff to *"F\*ck off, and "Listen, racist bastard, you may want to read Tex. Pen. Code 42.07 before you go any further. I've already made clear to your racist, f\*cktard ass to stop contacting me. File all the bullshit complaints you want, but stop contacting me. If you want a Court battle, I'll see you in Court. Until then, f\*ck all the way off and stop contacting me, bitch*."

49. This case arrives at the Court pursuant to such directive.

50. For his part, Counsel for Defendant, one Proud Boy CJ Grisham, has refused to provide a copy of a related lawsuit he filed for Defendant against Tiffney McAdoo, Drew Anthony and another, simply to post their side of the allegations as a Journalist. He then refused to answer for a week about whether he would accept service of process for this suit, and emitted a number of *"F\*ck Off"* and *"B\*tch"* comments, similar to his activity in public venues where he has been ejected by security for his unruly and churlish behavior.

51. On information and belief, Attorney Grisham counseled his client that 42 U.S.C. §1985 does not apply to private individuals, when in fact the Statute was generated as the Ku Klux Klan Act and was specifically designed to address private individuals. (Appendix G).

52.  A copy of a Police Report noting this misconduct is part of a group Bar Complaint on this individual that was filed this week. In response to these complaints, Grisham issued yet another bagful of F-Bombs and baseless accusations that the complaining parties are all "racist."

53.  Grisham also of course stated that this litigation is "f*cking racist."

**JURY DEMAND**

NOW COMES PLAINTIFF to Demand this Cause be heard by and through a duly-empaneled Jury of appropriate size and composition.

_____

CHRISTOPHER KING, J.D.

**PRAYER FOR RELIEF**

WHEREFORE the Plaintiff seeks judgment against the Defendants as follows:

A.    Declaratory Judgment

B.    Injunctive Relief

C.    For prejudgment interest on liquidated sums;

D.    For costs of suit;

E.    For pre and post-judgment interest;

F.    A public apology from Defendants;

G.    Compensatory Damages in an amount to exceed $76,000.

H.    Punitive Damages in an Amount to be determined by a Jury.

I.    For such other and further relief as the Court may deem just and proper.

I, Plaintiff Christopher King, J.D. Swear Under Oath and subject to the Pains of Perjury, that each and every factual assertion made in this Complaint are true and accurate to the best of my knowledge and review.

Respectfully submitted (with accompanying Notary Jurat on Separate page)

_____

Christopher King, J.D.
kingcast955@icloud.com

Signed January 6, 2026

**APPENDIX A**



NASHUA TELEGRAPH 31 JAN 2007.

FIRST AMENDMENT TO THE U.S. CONSTITUTION

# CONGRESS SHALL MAKE NO LAW

respecting an establishment of religion, or prohibiting the free exercise thereof; or **ABRIDGING THE FREEDOM OF SPEECH**, or of the press; or the right of the people peaceably to assemble, and **TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES.**

See also: KingCast.net

Chris King's 1st Amendment Page

# First strike

## Outspoken duo takes stand in defense of free speech

**By ALBERT McKEON**
Telegraph Staff

An unlikely pair found common ground in their passion for the First Amendment. Recognized – and occasionally derided – for their individual outspokenness, the suspended attorney and alderman recently joined forces to reverse a Nashua Board of Education policy that had restricted public comment at meetings.

City residents can once again discuss school district employees without the board chairman's gavel pounding them into silence. If taxpayers want to criticize suspended Superintendent of Schools Julia Earl, for instance, they can, in part, thank King and Teeboom.

"We made it possible for other people to come forward," King said Tuesday, a day after

**FREE SPEECH | PAGE 7**



Staff photo by BOB HAMMERSTROM

Fred Teeboom, left, and Chris King pushed the school board to drop its restrictions on public comments at meetings.

16

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Nashua Telegraph 3! 5av 2007 ⊕.

# Free speech | City attorney agreed with pair

**CONTINUED FROM | PAGE 1**

the board overturned the policy. "We protected the rights of people who didn't know they needed protecting."

The board created the rule in October 2005 on Earl's recommendation. It had largely escaped the public's notice until a year later, when former alderman Paula Johnson was disallowed from speaking about Earl's continued suspension with pay.

King, a Nashua resident, attempted to have the same discussion not long after, and was also reminded of the policy: no discussion about "administrative and personnel-related problems" during the public comment portion of meetings.

This angered King, who handled many free speech cases when he practiced law in Ohio, he said.

Teeboom, an alderman-at-large known for scrutinizing public spending, read King's blog posting on the policy and offered to help.

They didn't act alone. City attorney Stephen Bennett advised the board that stifling such comments violated the public's Constitutional right to free speech.

But by discussing the policy at board meetings, King brought attention to the issue. He also threatened to sue, with Teeboom offering to pay $500 of his legal fees.

To Teeboom, 68, and King, 81, their advocacy represented another fight in the larger war to win back liberties they say have sharply eroded over the years, particularly after the terrorist attacks of Sept. 11, 2001.

Dissent is not what it used

*see also: Kinglast.net; Chris king's*

to be," Teeboom said Tuesday in an hour-long interview at City Hall. King sat to his right at a meeting room table, and the pair discussed the First Amendment with an ease that suggested they've worked together for years.

"It's come down to dissent versus political correctness," Teeboom said. "And P.C. is winning."

King added that Americans have become "preconditioned" to accept speech restrictions, to "step into the background."

Speaking to a school board about a teacher's or administrator's performance is usually a citizen's only recourse, Teeboom said. By preventing comment on personnel, district employees and, in turn, board members escaped accountability, he said.

Anyone who thought the two working together would blow the issue out into a controversy didn't have much room to argue that theory because King's and Teeboom's pairing centered on the basic right of free speech, Teeboom said.

"The First Amendment is the First Amendment," he said. "People aren't stupid."

Teeboom acknowledged, "people like me; people hate me. There are very few in between." King said the same applies to him.

Over the years, Teeboom has blasted city officials for what he views as unnecessary spending. But many people have contended Teeboom sometimes crosses a line in his passion for civic duty.

In his second go-round as an alderman last year, he told a German-born Nashua resident who questioned cuts to the school budget to "go back to

das fatherland." Facing a censure from aldermen and public cries for his ouster, Teeboom apologized.

King made headlines in 2005, when Jaffrey police charged with him trying to extort the town by falsely claiming he represented the NAACP and demanding $65,000 in restitution for the arrest of a black man.

Instead of waiting quietly for his day in court, as most attorneys would advise clients, King immediately went on the offensive. He spoke at length to the press, claiming police chief Martin Dunn and NAACP officials were framing him. He devoted a Web site and blog to his legal struggle.

The charges were dropped in September. Dunn has since been fired for an unrelated matter, and the county attorney has resigned.

King said Tuesday he didn't fade into silence because he knew he was right, and the case was all about First Amendment rights.

Fresh off the victory with the school board, King said he would probably apply for reinstatement with the Ohio state bar. He was suspended in 2001, didn't reapply and was found in contempt, according to the clerk's office at the Ohio Supreme Court.

Ohio's high court found King and another attorney employed a phone scam to file a slander charge against a landlord.

King said Tuesday he is encouraged by residents' compliments that he handled the Nashua school board policy with "professionalism."

King disagreed with the Ohio court's finding that he was unprofessional, he said. His approach might be different from other attorneys, but he has always maintained a professional demeanor, he said.

Teeboom and King aren't parting ways. They intend to persuade the New Hampshire School Boards Association from recommending boards to use the speech restriction policy.

And even though the Nashua board changed course, Teeboom and King still find fault with board members agreeing to read before each meeting a caveat that they are not responsible for any resident's comments. Board members have said they fear a citizen might unfairly slander an employee.

"I feel that anybody who wants to say anything about me – I'm fair game. I'm an elected official," board member Michael Clemons said Tuesday. "But I have a problem with . . . teachers criticized by students and parents. I cherish academic freedom as much as Chris King cherishes the First Amendment."

But King and Teeboom said Robert's Rules of Order – the protocol used by the board – already permits only responsible public comment. If people speak out of order at a meeting, then a board can cut their speech, they said.

That's the beauty of the First Amendment, King and Teeboom said.

The amendment's 45 words guarantee five fundamental freedoms, they said. It's in the hands of the American, and not government, to use those freedoms responsibly, they said.

Albert McKeon can be reached at 594-5832 or amckeon@nashua telegraph.com.

**APPENDIX B**



ica Keasler
nonica_k_photographer)

nter of the King Mom 1 in 4. International
grapher · Photo by Monica Keasler on Decem
)23. Mine were power, change, purpose and...

🦫 **Tala Smith** ✕ ✓ @Tala_NoExcuses · 2d
Updated info on the wrongfully euthanized squirrel Peanut, & raccoon Fred...

Some ridiculous judge DID sign a warrant. For a squirrel? On a called -in "complaint" b... Show more

6:32 PM · 11/2/24 · **17M** Views

💬 5.5K     ↺ 38K     ♡ 98K          🔖          ⬆️

"make her famous" - Sarah Fields



"make her famous" a line that Sarah Fields uses.





11:20

maddieb139

Did she offer to pay you to drive by the dealership and the Anthony's home or did she want you to do this freely

She wanted me to do it for free!

WHAT!!!!

I have considered telling Mike Howard what I know and turning over any texts. She needs to be on the gag order

I would love to do that

First she wanted Dominique in jail. Then Kevin. Then somehow you came on to her radar. And then Charleston. She has harassed Harry Sisson and some other guy that exposes pedos.

What? Expose the corrupt department and    ex?

IMG_95

**APPENDIX C**



I just got suspended without pay pending this investigation and because I looked up the case when I had no business

Oh no!!!!

I am so sorry!!!!

THU 3:10 PM

Are you ok? I just got off work ↓ ve been thinking about you all day!



# Melanie Stahler

**459** friends

I am married with 2 beautiful girls whom I love more than anything!!

**♪ Add friend**    **⊘ Message**    ...

prosper!

May God dispatch and encircle you with His Guardian Angels.

I'd report the harassment from the his 😈 man, if you haven't already.

🙏❤️🙏❤️

Like    Reply


Melanie Stahler · 50m
I messaged you. Check your messages

Like    Reply

Shelly Thornburg Collins · 1h
The victim card is heavily being played but isn't working.

Like    Reply                                    9

 Melanie Stahler is in McKinney.

8:08      ▪ll 🤌 

‹   🧑 Sarah Fields      Following    🔍

•

## "She's a nOBoDy!"

It's funny how these Karmelo Anthony supporters try to say that I am "a nobody," while at the same time, they seem to target me more than anyone. They desperately want me silent. Not going to work. NOW they are trying to send ridiculous, erroneous complaints to the Attorney General of Texas about me? Good luck with that! Attorney General Ken Paxton so happens to be a good contact and friend who would never believe your BS. 🤭🤭

I don't normally name-drop or brag about what I have done for the last six years, but I have helped move Texas legislation, I have been a huge part of the Protect Texas Kids movement for the last five years, and I have made national mainstream media news dozens of times for my exclusives and my hard work. All you are trying to do is use my name to climb higher. And I'm going to ignore you until kingdom come—and so is everyone else. The AG's office is going to laugh at you. When you literally have to make your entire TikTok, YouTube, and Facebook accounts about my name only, it borderlines on harassment, targeting, and outright creepiness. Go ahead, keep telling everybody exactly who you are. And I'm going to keep working and reporting.

Search: carmelo anthony waiting for kevin garn... 🔍

**CAUSE NUMBER: 241-1482-13**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 241ST JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| SARAH JESSICA JONES | § | SMITH COUNTY, TEXAS |

**STIPULATION OF EVIDENCE**

My name is **SARAH JESSICA JONES**, and I am the Defendant in the above entitled and numbered cause appearing in person and with my attorney present. I hereby consent in writing and in open court to the stipulation of the evidence in this case and in so doing expressly waive the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of hearsay testimony by affidavit, written statements of witnesses and other documentary evidence, accordingly, having waived my Federal and State constitutional and statutory rights against self-incrimination, I agree to stipulate that the following facts are true and correct and constitute the evidence in this case; that in the County of Smith and State of Texas, on or about the 6th day of December, 2012, and anterior to the presentment of this Indictment, in the County of Smith and State of Texas, SARAH JESSICA JONES did then and there, while the defendant had custody, care, or control of _____, a child younger than 15 years, intentionally abandon the said _____, in a place under circumstances that exposed the said _____ to an unreasonable risk of harm, to-wit: without adult supervision, and the defendant did not voluntarily deliver the child to a designated emergency infant care provider under Section 262.302, Family Code;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on the ___ day of _____, 20__ by the above named Defendant in open court during the trial of the above numbered and entitled cause.

LOIS ROGERS, Clerk of the
District Court, Smith County, Texas
By: _____
Deputy Clerk

_____
JUDGE PRESIDING

State's Exhibit #2

23



**APPENDIX D**

**Sarah Fields** ✔ @Sara... · 26 Jun  ⌀

Update: I have obtained the filed copy **of indictment** for **Karmelo Anthony.**

More documents to come.

| | | |
|---|---|---|
| Frisco Police Department | Unsecured | |
| Frisco ISD | Unserved | |
| **Jury Trial** (9:00 AM) (Judicial Officer Roach, John R. Jr.) | | |

| FINANCIAL INFORMATION |
|---|

**Defendant**

**Balance Due as of 12/20/2025**

| | |
|---|---|
| Receipt # DC 26049 2025 | Maria Guerrero |
| Receipt # DC 26547 2025 | David Brooks |
| Receipt # DC 26781 2025 | Sarah Fields |
| Receipt # DC 26849 2025 | Morris Turner |
| Receipt # DC 27202 2025 | Eric Gallagher |
| Receipt # DC 27427 2025 | Eric Gallagher |
| Receipt # DC 29726 2025 | Sarah Fields |
| Receipt # DC 29570 2025 | Jasmine Warren |
| Receipt # DC 30954 2025 | Jo Miles |
| Receipt # DC 31017 2025 | Tiffney Brkovic |
| Receipt # DC 31141 2025 | Mark Freimann |
| Receipt # DC 31764 2025 | Eric Gallagher |
| Receipt # DC 32440 2025 | Morris Turner |
| Receipt # DC 35580 2025 | Eric Gallagher |



‹  Sarah J Fields ✓
Jun 18 · 🌐                                    • • •

# INBOX: Karmelo Anthony will be indicted next week.

 Like           Comment           Share

 641                                    8 shares

**1**

This means that, from here on out, any requests for records regarding the m*rder of Austin Metcalf will be denied.

This also means that an indictment is coming very soon.

Furthermore, many have asked me about the possibility that the Anthony family has moved from Texas to Louisiana. When Drew Anthony (Karmelo's Father) posted about his family's move on Facebook, I immediately screenshotted his post for my records and asked the opinion of a good attorney friend. They stated that it is a bold decision to allow them to move out of state during a m*rder trial, but it's possible.

**2**

Either Drew Anthony is lying about moving, or they received a judge's approval. However, according to the public docket, there is no order approving a relocation.

I have sent an inquiry to Collin County asking for any minute orders or approvals for relocation or travel for the Anthony family.

**3**

As soon as I have a response, I will release it.

indictment is also expected this week which i will also release.

Drew Anthony has repeatedly harassed me in my Facebook inbox. Randomly messaging me throughout the day and sometimes late at night. He has made some disgusting statements towards me about my

oa

**APPENDIX E**

No lies have been told.  Stop messaging me.

Separate yourself from Dominique Alexander. You are tanking your own reputation by being affiliated with him.  That man is evil. And until you separate yourself from next generation action network, I will never stop reporting on him.

You sure

If I can give you the report and the video of what happen... with text from the chief and investigators will you apologize publicly and leave us alone

And just so you know, don't you dare talk to me about m  ʼing yoir family unsafe. I have dor ↓ thing but reported the truth  Dominique

IMG_953



**APPENDIX F**

 **Sarah J Fields** ☑
15m · 🌐



BREAKING: I have confirmed with the Collin County Courthouse that Judge John Roach, the judge who would have presided over the Austin Metcalf m*rder case, has resigned from his position.

I have not confirmed the reason for his resignation, but this comes after an extreme targeted harassment campaign toward officials by supporters of Karmelo Anthony.



Send a gift

skagit valley regional cascade valle



**Sarah J Fields** ✓
17m · 🌐

CORRECTION: Judge Roach posted a statement on social media that was misinterpreted by many, INCLUDING employees at the courthouse who provided confusing information.

I have now received direct confirmation that Judge Roach is NOT resigning. He meant that he would finish his term in 2026 and that, at THAT time, he would "be done." This is where there was confusion.

Judge Roach will be the judge presiding over the Austin Metcalf m*rder case.

Send a gift



**Facebook · Sarah J Fields**
260+ reactions · 3 days ago

## I am truly happy that Judge Roach is presiding over the Anthony case. ...

I am truly happy that Judge Roach is presiding over the Anthony case. He is a fair judge who will not be intimidated by thugs.

Missing: ~~donations~~ | Show results with: donations

**APPENDIX G**





I guess you need "fuck off"
defined, bitch?

<  **Texas 2A Attorney**    ⚑  •••

I guess you need "fuck off" defined, bitch?

 Can't be embarrassed by an armchair "attorney". Now, fuck off. You'll get no more attention from me, ignorant clout seeker.

Tap here to report or block the sender.

 I have no reason to be professional to you. You're nothing to me requiring professionalism.

> Boy you think you got a pair on yoy don't you? Sounds like you been tipping in the 'shine. Anyway, you answered my question so I really don't need to hear from you. And I won't, except via Court-recognized Service methods, capisce Mr. Wise Guy.

## You blocked this account

You will not be able to message Texas 2A Attorney until you unblock them. **Report this account** if you have received a suspicious message.

Delete chat                    Unblock





For you     Following     Subscribed     Protecting Texas

+5K   France Election Results - LIVE

# Your account is suspended

After careful review, we determined your account
broke the X Rules. Your account is permanently in
read-only mode, which means you can't post,
Repost, or Like content. You won't be able to create
new accounts. If you think we got this wrong, you can
submit an appeal.

# APPENDIX H

## Wage and Hour Division (WHD)

▶ Printer-Friendly Version

Archived News Release — Caution: Information may be out of date.

### Press Releases

U.S. Department of Labor
Wage and Hour Division
Release Number: 04-991-BOS

KingCast 2004
I drafted this Complaint
on behalf of my trainees.

Date:     Wednesday, June 14, 2004

Contact:  John M. Chavez

Phone:    (617) 565-2075

### American Tower Corporation Pays 167 Employees Almost $290,000 in Overtime Back Wages Following U.S. Labor Department Investigation

**BOSTON** – American Tower Corporation, a nationwide telecommunications company with a corporate office in Boston, has paid nearly $290,000 in back wages to 167 employees for uncompensated overtime work revealed during a U.S. Department of Labor investigation.

American Tower Corporation, a nationwide telecommunications company with a corporate office in Boston, has paid nearly $290,000 in back wages to 167 employees for uncompensated overtime work revealed during a U.S. Department of Labor investigation.

36

**CERTIFICATE OF SERVICE**

I swear that a copy of this Complaint and Cover Sheet were sent to Defendant via email by specific consent and agreement to Waive Summons by and through her known Counsel of Record:

Christopher J. Grisham
3809 S General Bruce Dr., Ste 103-101
Temple, Texas 76502
cj@cjgrisham.com

On this 8th day of January, 2026.


_____

Christopher King, J.D.

37