



PRESS FIRMLY TO SEAL

MOUNT VERNON, WA 98273
JAN 08, 2026
75702
$33.40
RDC 07
S2324K503740-10

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®


ER ___ ___ ___ US

RECEIVED
JAN 12 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

Christopher King, JD A/K/A KingCast
515 E. Fulton Strt
Mount Vernon, WA 98273

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 98273
Scheduled Delivery Date: 01/12/26
Postage: $33.40

Date Accepted: 01/8/26
Scheduled Delivery Time: 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 1:17 PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

TO: (PLEASE PRINT) PHONE ( )

United States District Court
Eastern District Texas
211 W. Ferguson Strt - ste #106
Tyler, TX 75702

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $33.40

Weight ☐ Flat Rate    Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER





3F October 2023
12 1/2 x 9 1/2