# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, | § § | CASE NO.6-26-CV-00014 KNM |
| Plaintiff, | § | MAGISTRATE JUDGE: K. NICOLE MITCHELL |
| vs | § | |
| SARAH J. FIELDS AND DOES 1-99, | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION TO FILE FIRST AMENDED SWORN AND VERIFIED COMPLAINT**

COMES NOW CHRISTOPHER KING, J.D., as Plaintiff, to posit this Motion pursuant to FRCP 15(a)(1), as Defendants have not answered or filed any Dispositive Motions as of this writing.

_____
Christopher King, J.D.
A/K/A KingCast
Plaintiff

1

**CERTIFICATE OF SERVICE**

I swear that a copy of this Motion, First Complaint, Cover Sheet and Waiver of Summons were sent to Defendant via email by specific consent and agreement to Waive Summons by and through her known Counsel of Record:

Christopher J. Grisham
3809 S General Bruce Dr., Ste 103-101
Temple, Texas 76502
cj@cjgrisham.com

On this 13th day of January, 2026.

_____
Christopher King, J.D.